**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7508**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

EDWARD KERMIT RICHARDS, III,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge. (1:14-cr-00385-CCB-1)

Submitted: February 16, 2017    Decided: February 22, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Kermit Richards, III, Appellant Pro Se. Kenneth Sutherland Clark, Seema Mittal, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, Christopher John Romano, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Kermit Richards, III, appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction pursuant to Amendments 782 and 794 to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Specifically, both of the Guidelines Amendments under which Richards sought a sentence reduction were in effect at the time of Richards' February 2016 sentencing. Accordingly, we affirm the district court's order. See United States v. Richards, No. 1:14-cr-00385-CCB-1 (D. Md. Oct. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED